146 F.3d 869
 Kenneth Don Earles, Albert R. Leger, Joseph Michael Sledge
v.
State Board of Certified Public Accountants of Louisiana,
Mildred M. McGaha, CPA, L. Paul Hood, CPA, Leon K. Poche,
CPA, Lawrence W. Stoulig, Jr., CPA, Donald L. Moore, CPA, W.
Theron Roberts, CPA, Michael A. Tham, CPA, Susan C. Cochran,
CPA, J. Gordon Reische
 NO. 97-30159
 United States Court of Appeals,
Fifth Circuit.
 June 3, 1998
 Ed.La., 139 F.3d 1033
 
 1
 DENIALS OF REHEARING EN BANC.